**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



NOTICE

Appellate case name:      Carolyn Sovann v. Residence at Garden Oaks

Appellate case number:   01-18-00465-CV

Trial court case number:  1110183

Trial court:             County Civil Court at Law No. 3 of Harris County

Appellant, Carolyn Sovann, has filed a notice of appeal of the trial court's final judgment signed on May 29, 2018. The clerk's record filed in this Court includes appellant's "Statement of Inability to Afford Payment of Court Costs or an Appeal Bond in Justice Court" filed in the trial court proceedings. *See* TEX. R. CIV. P. 145(a), (b), (d); *see also* TEX. R. CIV. P. 502.3, 510.9(c). The clerk's record does not reflect that any motion to require appellant to pay costs or any contest to appellant's statement was filed. *See id.* 145(f), 502.3(d), 510.9(c)(2).

**Accordingly, the Clerk of this Court is directed to make an entry in this Court's records that appellant is allowed to proceed on appeal without payment of costs.** *See id.* **145(a), (c); TEX. R. APP. P. 20.1.**

Appellant also has filed "a motion to stay" in which she seeks additional time to pay the required fees. *See* TEX. R. APP. P. 5. Because appellant may proceed on appeal without payment of costs, the motion is **dismissed as moot**.

Judge's signature: /s/ Russell Lloyd
                     ☑ Acting individually    ☐ Acting for the Court

Date: June 19, 2018